September 5, 1974

Bloom, et ux. *v.* Iannuzzi, Appellant, et al.

Before DOYLE, J., without a jury.

Argued November 15, 1973. *Howard K. Hilner,* for appellant; *Edward J. Balzarini,* with him *Balzarini, Walsh, Conway & Maurizi,* for appellee; *Cosmos J. Reale,* for additional defendant-appellee.

Judgments affirmed.

SPAULDING, J., absent.